# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE PIAZZA, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-cv-2130 |
| v. | (JUDGE CAPUTO) |
| JOSEPH LAKKIS, | |
| Defendant. | |

## ORDER

**NOW**, this 5th day of June, 2012, **IT IS HEREBY ORDERED** that Defendant Joseph Lakkis's Motion to Dismiss (Doc. 9) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's Fourteenth Amendment Claims (contained within Counts I, II and III) are **DISMISSED**;

2. Plaintiff's Fourth Amendment Claim for Malicious Prosecution (Count III) is **DISMISSED**. However, Plaintiff is given twenty-one (21) days to file an amended complaint solely as to this claim. When submitting such an amended complaint, Plaintiff is directed to follow the procedure for highlighting of amendments outlined in Local Rule 15.1(b).

3. Plaintiff's claims for unlawful arrest under both the Fourth Amendment and under state law (Counts II and VII) are **DISMISSED**.

The Motion is **DENIED** in all other respects.

                                                     /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge